# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Rukhsanah L. Singh |
| v. | Mag. No. 25-14018 (RLS) |
| ANTHONY RODRIGUES | **CRIMINAL COMPLAINT** |

I, Christopher Martinelli, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ *Christopher Martinelli*

Christopher Martinelli, Special Agent
Federal Bureau of Investigation

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on April 17, 2025,
in the District of New Jersey

Honorable Rukhsanah L. Singh
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**RECEIVED**

APR 17 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## ATTACHMENT A

On or about January 16, 2024, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

ANTHONY RODRIGUES,

did knowingly attempt to execute a scheme and artifice to defraud a financial institution, namely Financial Institution-1, which was a financial institution as that term is defined in Title 18, United States Code, Section 20(1) or (2), and attempt to obtain money, funds, credits, assets, securities, and other property owned by, and under the custody and control of Financial Institution-1, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1344 and 1349.

## ATTACHMENT B

I, Christopher Martinelli, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents and other items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.  On or about January 16, 2024, defendant ANTHONY RODRIGUES ("RODRIGUES") entered a bank, which was insured by the Federal Deposit Insurance Corporation and located in Neptune City, New Jersey ("Financial Institution-1"), and approached a bank employee (the "Teller") at the teller station. RODRIGUES identified himself as an account holder ("Victim-1"), told the Teller that he wanted to withdraw approximately $100,000 from Victim-1's account in the form of four separate $25,000 cashier checks, and provided the Teller with a fraudulent driver's license in Victim-1's name but bearing RODRIGUES's photograph.

2.  Bank employees became suspicious of RODRIGUES, conducted a search of Financial Institution-1's computer database for Victim-1's identification, and located a copy of Victim-1's actual New Jersey driver's license. The photograph and driver's license number on Victim-1's actual New Jersey driver's license did not match the fraudulent driver's license presented by RODRIGUES. The Teller then asked RODRIGUES for a second form of identification to verify his identity. RODRIGUES advised the Teller that he needed to go to his vehicle to search for another form of identification. RODRIGUES then exited Financial Institution-1 without the fraudulent driver's license, entered a White Mercedes Benz bearing New York license plates, and departed the area.

3.  Bank employees reported the incident to local law enforcement and provided local law enforcement with video surveillance footage of the incident, as well as the fraudulent driver's license that RODRIGUES presented to the Teller when attempting to fraudulently withdraw $100,000 from Victim-1's account.

4.  Local law enforcement sent a copy of the photograph that appears on the fraudulent driver's license to the New Jersey Regional Operations Intelligence Center for facial recognition analysis, which returned a possible match to RODRIGUES. Thereafter, local law enforcement created a photo array comprised of five filler photographs and a photograph of RODRIGUES. On or about January 22, 2024, the photo array was shown to the Teller, who

3

identified RODRIGUES's photograph as the individual that attempted to fraudulently withdraw approximately $100,000 from Victim-1's account on or about January 16, 2024.

5.  That same date, local law enforcement charged RODRIGUES with several New Jersey state criminal offenses in connection with RODRIGUES's attempted fraudulent withdrawal of funds from Victim-1's bank account and obtained a warrant for RODRIGUES's arrest.

6.  On or about February 1, 2024, law enforcement located and arrested RODRIGUES in Ocean County, New Jersey pursuant to the state court warrant. During a post-arrest video-recorded interview, RODRIGUES waived his *Miranda* rights and admitted that he entered Financial Institution-1 on or about January 16, 2024, presented the Teller with a fraudulent New Jersey driver's license in another person's name but bearing RODRIGUES's photograph, and attempted to withdraw a large sum of money from that individual's bank account.